In the Matter of the Claim of Ermina V. Gonzales, Respondent, against Allerton Operating Corporation and Another, Appellants. State Industrial Board, Respondent.—Appeal by employer and insurance carrier from an award of death benefits made by the State Industrial Board pursuant to the provisions of the Workmen's Compensation Law in favor of the widow and two minor children of a deceased employee. On February 17, 1928, while engaged in his regular occupation, the decedent received injuries which caused his immediate death. He left him surviving a widow, two minor children and a dependent mother. At the time of death the latter was an alien resident of the United States and the widow and children were alien residents of British Guiana. On September 22, 1932, the mother returned to British Guiana. In the meantime awards of death benefits had been made to the mother, widow and children. On March 23, 1933, the carrier requested a commutation of these awards, and on November 20, 1933, commuted awards to the mother, widow and children as of March 23, 1933, were made, amounting in all to $3,672.95. On October 28, 1934, the widow died in British Guiana but information of her death did not reach the insurance carrier until February, 1935. On October 30, 1934, the commuted award previously made to the mother was rescinded. On December 14, 1934, the lump sum amount previously awarded to the widow and children was revised to $3,456.98. On January 14, 1935, this lump sum was again corrected to $2,661.01. On July 22, 1935, the commuted award to the widow was rescinded and revised award of $460.43 made. Upon the application for a review the award now appealed from was made. It reinstated the previous award of $2,661.01 as of March 23, 1933, to the widow and children and directed that it be paid to the estate of the deceased widow. The application for review was made upon the ground that the lump sum award made to the widow before her death gave her a vested right. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Emilie Pilloud, Respondent, against 350 Park Avenue Company, Inc., and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. These motions are denied on the merits, and on the further ground that the moving party has failed to set forth a copy of the decision of this court as required by the rules thereof. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Hubert J. Lanfield, Respondent, against E. W. Cady and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Luke Smith, Respondent, against Diamond Match Company and State Insurance Fund, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.